# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

CALVIN WRIGHT,                        Criminal No. 22-mj-358 JFD

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X)Ad Prosequendum      ( )Ad Testificandum

Name of Detainee:  CALVIN WRIGHT
Detained at (custodian):  DAKOTA COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:    a.)     (X) charged in this district by:  Complaint
                          Charging Detainee With:  possession with intent to distribute fentanyl
  or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)     ( ) return to the custody of detaining facility upon termination of this proceeding
  or     b.)     ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 29, 2022 at 1:00 p.m. in the courtroom of The Honorable John F. Docherty.

Dated:  April 28, 2022                    /s *Justin A. Wesley*
                                                    JUSTIN A. WESLEY, AUSA

## WRIT OF HABEAS CORPUS

    (X)Ad Prosequendum          ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

  April 28, 2022                                           s/ *John F. Docherty*
Date                                                            UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 2202395 | DOB: | xx/xx/ |
| Facility Address: | 1580 Highway 55 | Race: | |
| | Hastings, MN 55033 | FBI #: | |
| Facility Phone: | 651-438-4800 | | |
| Currently Incarcerated For: | Firearms | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                   (Signature)

                                                                                                                           Writ issued 4/28/2022