UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-87 (ADM/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CALVIN MARNEZE LEREON WRIGHT, | |
| Defendant. | |

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Samantha H. Bates

Dated: September 29, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

/s/ *Samantha H. Bates*

BY:  SAMANTHA H. BATES
Assistant U.S. Attorney
Attorney ID No. 0395002